IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.- Newnan

APR 29 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

| | | |
|---|---|---|
| TINA M. LEPONE-DEMPSEY and SHANNON M. ALEXANDER | ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) ) | CIVIL ACTION FILE NO: 3:03-CV-043-JTC |
| CARROLL COUNTY COMMISSIONERS; ROBERT BARR, Chairman of Carroll County Commissioners; CARROLL COUNTY SHERIFF'S DEPARTMENT; TERRY LANGLEY, Sheriff, acting individually and as an agent for Carroll County Sheriff's Department; PHILLIP WAGNER, Sheriff, acting individually and as an agent for Carroll County Sheriff's Department; JOHN DOE, acting individually and as an agent for Carroll County Sheriff's Department; JOHN DOE, acting individually and as an agent for Carroll County Sheriff's Department; CITY OF VILLA RICA; VILLA RICA POLICE DEPARTMENT; DEAN MADDOX, Chief of Police, acting individually and as an agent for Villa Rica Police Department; BRIAN CAMP, acting individually and as an agent for Villa Rica Police Department; ROBERT MULLINAX, acting individually and as an agent for Villa Rica Police Department; JOHN DOE, acting individually and as an agent for Villa Rica Police Department;; JOHN DOE, individually and as an agent for Villa Rica Police Department, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) } } ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORIGINAL |
| DEFENDANTS. | ) | |

## PLAINTIFFS' MOTION FOR RECONSIDERATION AND BRIEF IN SUPPORT THEREOF



COMES NOW, Plaintiffs in the above-referenced matter and request this

Honorable Court to reconsider it's decision dismissing Plaintiff's claim against

Defendants City of Villa Rica, Brian Camp, Dean Maddox, Robert Mullinax and the John

Does and in support thereof Motion shows as follows:

## INTRODUCTION

This matter came fore the court on Plaintiff's claims of illegal search/excessive

force, false imprisonment, false arrest, aggravated assault, assault and battery, malicious

prosecution, defamation and intentional infliction of emotional distress.  The claims arose

out of the unreasonable search of Plaintiff, Tina Lepone Dempsey's home by Carroll

County and Villa Rica Police Departments.  During the warrantless search, Plaintiff

Dempsey was physically assaulted and humiliated by Defendant and Plaintiff Alexander

placed in reasonable apprehension and fear of receiving a violent injury when Defendant

placed a gun to her head.

When Plaintiff Dempsey insisted Defendants leave her home, she was arrested

and charged with disorderly conduct.  Defendants' physical assault of Plaintiff Dempsey

caused her serious injury to the body, to wit:  Plaintiff suffered shoulder and back injuries

which required medical treatment including surgery for these injuries.

On April 2, 2002 the Carroll County State Court Solicitor determined the

evidence against Plaintiff was not sufficient to prosecute this case and Nolle Prosc the

criminal charge against Plaintiff.  (Ex. 1).  Plaintiff filed this action on April 17, 2003

alleging Defendants' actions violated her right to be secure in her person and to be free

from unreasonable searches and seizures as protected by the Fourth and Fourteenth

Amendments of the United States Constitution.


**THE COURT SHOULD RECONSIDER THIS MATTER FOR THE FOLLOWING REASONS:**

### I.    Plaintiff had a right to rely on the Villa Rica City Attorney

The court dismissed Defendants Villa Rica, Brian Camp, Dean Maddox, Robert

Mullinax and the John Does without prejudice for failure to properly serve them with

process within 120 days pursuant to Fed. Rule of Civil Proc. (4).  Plaintiff's do not

dispute the court's reasoning, but argues it was reasonable to rely on the City Attorney's

representation he was acknowledging service at least for the Defendant City, if not for the

individual Defendants.  The Code of Professional Responsibility section Canon 7, Ethical

Consideration (EC ) 7-38 states:

> **EC 7-38**      "A lawyer should be courteous to opposing
> counsel and should accede to reasonable requests regarding
> court proceedings, settings, continuances, **waiver of
> procedural formalities**, and similar matters which do not
> prejudice the rights of his client.  He should follow local
> customs of courtesy or practice, unless he gives timely
> notice to opposing counsel of his intention not to do so.  A
> lawyer should be punctual in fulfilling all professional
> commitments."

Plaintiffs' counsel relied on the City Attorney's representation that he would

accept service of summons for Defendants City of Villa Rica, Dean Maddox, Robert

Mullinax and the John Does.  (Danley Aff.)  Plaintiffs' counsel memorialized this

conversation and received no objection to his memorialized representation.  (Ex. 2).

Plaintiffs' counsel used the exact same process with the other Defendants.  Fed Rule (4) as articulated by the Court states:

> ". . . or by delivering a copy of the Summons and of the Complaint to an agent authorized by appointment or by law to receive service of process."

No argument has been made that the City Attorney was not authorized to receive service nor was the City prejudiced.

## CONCLUSION

Plaintiffs' counsel had every right to rely on the City Attorney's representation he could accept service for Defendant City of Villa Rica.  Even if he did not have authority to represent the individual Defendants, he had an obligation to notify Plaintiffs' counsel of this fact.  At a minimum, Defendants' Motion should be denied and Plaintiff have an **extension of time** to serve the individual Defendants Dean Maddox, Brian Camp and Robert Mullinax to avoid statute of limitations issues.  The failure to do so will be a manifest injustice to Plaintiffs.

Respectfully submitted,

Leonard Danley, Sr.
Attorney for Plaintiffs
Georgia Bar No. 204710

6519 Spring Street, Suite B
Douglasville, Georgia  30134
(770)942-2053

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| TINA M. LEPONE-DEMPSEY and<br>SHANNON M. ALEXANDER | ) <br> ) <br> ) | |
| PLAINTIFFS, | ) <br> ) | |
| vs. | ) <br> ) | CIVIL ACTION FILE NO:<br> <u>3:03-CV-043-JTC</u> |
| CARROLL COUNTY<br>COMMISSIONERS; ROBERT BARR,<br>Chairman of Carroll County<br>Commissioners; CARROLL COUNTY<br>SHERIFF'S DEPARTMENT; TERRY<br>LANGLEY, Sheriff, acting individually<br>and as an agent for Carroll County<br>Sheriff's Department; PHILLIP<br>WAGNER, Sheriff, acting individually<br>and as an agent for Carroll County<br>Sheriff's Department; JOHN DOE, acting<br>individually and as an agent for Carroll<br>County Sheriff's Department; JOHN<br>DOE, acting individually and as an agent<br>for Carroll County Sheriff's Department;<br>CITY OF VILLA RICA; VILLA RICA<br>POLICE DEPARTMENT;<br>DEAN MADDOX, Chief of Police,<br>acting individually and as an agent for<br>Villa Rica Police Department; BRIAN<br>CAMP, acting individually and as an<br>agent for Villa Rica Police Department;<br>ROBERT MULLINAX, acting<br>individually and as an agent for Villa<br>Rica Police Department; JOHN DOE,<br>acting individually and as an agent for<br>Villa Rica Police Department;; JOHN<br>DOE, individually and as an agent for<br>Villa Rica Police Department, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> } <br> } <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| DEFENDANTS. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of Plaintiff's Motion for

Reconsideration upon Virginia Martin, Mullins, Whalen & Westbury, 101 South Hill

Street, Griffin, Georgia 30224 and Sun Choy, Freeman, Mathis & Gary, 100 Galleria

Parkway, Suite 1600, Atlanta, Georgia 30339 by depositing same in the U.S. Mail with

proper postage thereon to ensure delivery.

This the ___ day of April, 2004.

Leonard Danley, Sr.
Attorney for Plaintiff
Georgia Bar Number 204710

Danley & Associates, P.C.
6519 Spring Street, Suite B
Douglasville, Georgia 30134
(770) 942-2053

## STATE COURT OF CARROLL COUNTY

P. O. BOX 338, ROOM 211 ,
CARROLLTON, GEORGIA 30117

**ROBERT SULLIVAN**
**JUDGE**

**S. JAMES TUGGLE**
**SOLICITOR**

April 2, 2002

**COURT CONVENES**
**FIRST MONDAYS, MARCH, JUNE**
**SEPTEMBER, DECEMBER**

Ms. Tina Dempsey
P. O. Box 163
Austell, Georgia  30168

Re:  Citation #32548
Disorderly Conduct
April 17, 2001

Dear Ms. Dempsey:

Please be advised that I have declined to prosecute
the above-referenced citation.

If you have any questions, please contact me.

Very truly yours,

Jimmy Tuggle,
Solicitor

JT:jgc


PLAINTIFF'S
EXHIBIT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

|  |  |  |
|---|---|---|
| TINA M. LEPONE-DEMPSEY and<br>SHANNON M. ALEXANDER | ) | |
| | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE NO: |
| | ) | 3:03-CV-043-JTC |
| CARROLL COUNTY | ) | |
| COMMISSIONERS; ROBERT BARR, | ) | |
| Chairman of Carroll County | ) | |
| Commissioners; CARROLL COUNTY | ) | |
| SHERIFF'S DEPARTMENT; TERRY | ) | |
| LANGLEY, Sheriff, acting individually | ) | |
| and as an agent for Carroll County | ) | |
| Sheriff's Department; PHILLIP | ) | |
| WAGNER, Sheriff, acting individually | ) | |
| and as an agent for Carroll County | ) | |
| Sheriff's Department; JOHN DOE, acting | ) | |
| individually and as an agent for Carroll | ) | |
| County Sheriff's Department; JOHN | ) | |
| DOE, acting individually and as an agent | ) | |
| for Carroll County Sheriff's Department; | } | |
| CITY OF VILLA RICA; VILLA RICA | } | |
| POLICE DEPARTMENT; | ) | |
| DEAN MADDOX, Chief of Police, | ) | |
| acting individually and as an agent for | ) | |
| Villa Rica Police Department; BRIAN | ) | |
| CAMP, acting individually and as an | ) | |
| agent for Villa Rica Police Department; | ) | |
| ROBERT MULLINAX, acting | ) | |
| individually and as an agent for Villa | ) | |
| Rica Police Department; JOHN DOE, | ) | |
| acting individually and as an agent for | ) | |
| Villa Rica Police Department;; JOHN | ) | |
| DOE, individually and as an agent for | ) | |
| Villa Rica Police Department, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**AFFIDAVIT OF LEONARD DANLEY, SR.**

PERSONALLY APPEARED before me a notary public duly authorized to administer oaths under the laws of the State of Georgia, the undersigned, LEONARD DANLEY, SR., who after being duly sworn according to the law did state as follows:

1.

My name is Leonard Danley, Sr.. I am over the age of 18 and I am competent to give this affidavit. I give this affidavit freely and voluntarily and it is based on my personal knowledge.

2.

I represent Plaintiffs in the above matter through the office of Danley & Associates, P.C.

3.

In or around the last of July 2003, I made contact with Attorney David Basil, County Attorney for the County of Carroll and David Mecklin, City Attorney for Defendant City of Villa Rica, to inquire if they would waive service for the various Defendants.

4.

I do not know Mr. Basil and to my knowledge have never met him nor talked to him prior to my conversation regarding acknowledging service on behalf of Defendants Carroll County and others.

5.

To the contrary, I am quite familiar with Mr. Mecklin as our paths cross quite frequently while representing our clients in various courts. Additionally, I know him to

be the City attorney for the City of Villa Rica, and I am also familiar with him as a

Municipal Court Judge in Carroll County.

6.

My normal process when pursuing service on a Defendant is to contact any known

attorney or agent to determine if the Defendant(s) will acknowledge and waive formal

service.  This is especially true in cases where the Defendant is a municipality or other

public entity.

7.

I made contact with Mr. Basil and determined that an acknowledgment of service

would be fine with his clients and he gave me forwarding instructions.

8.

I spoke with Mr. Mecklin and our conversation was a little less formal than with

Mr. Basil.

9.

In the end, Mr. Mecklin assured me that the acknowledgment would be fine and

that I should send it to his attention.  It does seem like there was some discussion about

the individual Defendants, but Mr. Mecklin told me he would let me know if there was a

problem.

10.

In a letter dated July 30, 2003 to Mr. Mecklin from me, I memorialized our

conversation regarding the acknowledgment (Letter attached as Exhibit A).  I forwarded

to Mr. Mecklin seven (7) copies of the Complaint, Summons and other Pre-Trial

Instructions.  Mr. Mecklin did not contact me with any contrary information and at no

time said to me he could not accept service.

<div align="center">11.</div>

In a letter dated July 30, 2003 to Mr. Basil from me, I memorialized my

conversation regarding my waiver request and he arranged for the Carroll County

Defendants to Answer the Complaint and Summons.

<div align="center">12.</div>

I had no reason to expect less from Mr. Mecklin.

Further Affiant sayeth not.

LEONARD DANLEY, SR.

Sworn to and subscribed before me

this 14th day of January, 2004.

NOTARY PUBLIC

KIMBERLY M. DAVENPORT
NOTARY PUBLIC, DOUGLAS CO., GA
MY COMMISSION EXPIRES JUNE 21, 2007

# *Danley & Associates, P.C.*

*Attorneys at Law*
*6519 Spring Street, Suite B*
*Douglasville, Georgia 30134*

Leonard Danley, Sr.
of Counsel
Tunisia Jones

(770) 942-2053
Fax (770) 942-2051

July 30, 2003

Mr. David Mecklin
Tisinger, Tisinger, Vance & Greer
100 Wagon Yard Plaza
P.O. Box 2069
Carrollton, Georgia 30117

RE:   *DEMPSEY and ALEXANDER  v. CARROLL COUNTY COMM.,* et al
      UNITED STATES DISTRICT COURT, NEWNAN DIVISION
      CIVIL ACTION FILE NUMBER:  3:03-CV-043-JTC

Dear Mr. Mecklin,

Per our telephone conversation today, please find enclosed seven (7) packages containing a Civil Cover Sheet and Complaint in Tort for Damages for Defendants City of Vila Rica, Villa Rica Police Department, Dean Maddox, Officer Brian Camp, Officer Robert Mullinax, Officer John Doe and Officer John Doe in the above-referenced matter. Also enclosed with this package are Instructions regarding Pre-Trial Proceedings and an Acknowledgment of Service for your signature.  Please return the Acknowledgment to our office in the enclosed self-addressed stamped envelope.

Thank you for your cooperation in this matter.

Sincerely,

Leonard Danley, Sr.
Attorney at Law



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| TINA M. LEPONE-DEMPSEY and<br>SHANNON M. ALEXANDER | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE NO: |
| | ) | 3:03-CV-043-JTC |
| CARROLL COUNTY | ) | |
| COMMISSIONERS; ROBERT BARR, | ) | |
| Chairman of Carroll County | ) | |
| Commissioners; CARROLL COUNTY | ) | |
| SHERIFF'S DEPARTMENT; TERRY | ) | |
| LANGLEY, Sheriff, acting individually | ) | |
| and as an agent for Carroll County | ) | |
| Sheriff's Department; PHILLIP | ) | |
| WAGNER, Sheriff, acting individually | ) | |
| and as an agent for Carroll County | ) | |
| Sheriff's Department; JOHN DOE, acting | ) | |
| individually and as an agent for Carroll | ) | |
| County Sheriff's Department; JOHN | ) | |
| DOE, acting individually and as an agent | ) | |
| for Carroll County Sheriff's Department; | } | |
| CITY OF VILLA RICA; VILLA RICA | } | |
| POLICE DEPARTMENT; | ) | |
| DEAN MADDOX, Chief of Police, | ) | |
| acting individually and as an agent for | ) | |
| Villa Rica Police Department; BRIAN | ) | |
| CAMP, acting individually and as an | ) | |
| agent for Villa Rica Police Department; | ) | |
| ROBERT MULLINAX, acting | ) | |
| individually and as an agent for Villa | ) | |
| Rica Police Department; JOHN DOE, | ) | |
| acting individually and as an agent for | ) | |
| Villa Rica Police Department;; JOHN | ) | |
| DOE, individually and as an agent for | ) | |
| Villa Rica Police Department, | ) | |
| DEFENDANTS. | ) | |

**ACKNOWLEDGMENT OF SERVICE**

COME NOW, CITY OF VILLA RICA; VILLA RICA POLICE DEPARTMENT; DEAN

MADDOX, Chief of Police, acting individually and as an agent for Villa Rica Police Department; BRIAN CAMP; acting individually and as an agent for Villa Rica Police Department; ROBERT MULLINAX, acting individually and as an agent for Villa Rica Police Department; JOHN DOE, acting individually and as an agent for Villa Rica Police Department; JOHN DOE, acting individually and as an agent for Villa Rica Police Department, and by and through their counsel, hereby acknowledge service of the Summons and Complaint in the above-styled action. Said Defendants agree not to assert any defenses as to process, service of process and sufficiency of service of process.

This ___ day of _____, 2003.

Service Acknowledged by:

_____

David Mecklin,
Attorney for City of Villa Rica, Georgia
State Bar Number:

100 Wagon Yard Plaza
P.O. Box 2069
Carrollton, Georgia  30117
(770) 834-4467







7002 3150 0004 0434 9967

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

CARROLLTON GA 30117

| | |
|---|---|
| Postage | $ $4.75 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $8.80 |

Carrollton St Sta Douglasville GA 30134
0394
18
AUG - 7 2003
USPS
08/07/2003
Postmark Here

Sent To: MR DAvid MecKLiN P.O. Box 2069
Street, Apt. No.; or PO Box No.: 100 WAson Yard PlAzA P.O.
City, State, ZIP+4: CArrollton, GA 30117

PS Form 3800, June 2002 — See Reverse for Instructions

7002 3150 0004 0434 9950

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

CARROLLTON GA 30117

| | |
|---|---|
| Postage | $ $4.75 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $8.80 |

Carrollton St Sta Douglasville GA 30134
0394
18
AUG - 7 2003
USPS
08/07/2003
Postmark Here

Sent To: MR DAvid BAsil
Street, Apt. No.; or PO Box No.: 423 College ST
City, State, ZIP+4: CARRollton, Georgia, 30117

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR DAVID MECKLIN
TISINGER TISINGER VANCE BROOK
100 WASON YARD PLAZA
P.O. BOX 2069
CARROLLTON GEORGIA 30117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Brandon Bergman  8/8/0?

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7002 3150 0004 0434 9967

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540